Park. **No opinion. Motion granted. Order** filed.

PEOPLE, Respondents, v. DE TURMO, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Proceeding by the people of the state of New York against William De Turmo.

PER CURIAM. Judgment and order affirmed.

WILLIAMS, J., not voting.

PEOPLE, Respondent, v. FARMERS' INDUSTRIAL UNION, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Proceeding by the people of the state of New York against the Farmers' Industrial Union.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

PEOPLE v. FRIEDMAN. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Proceeding by the people of the state of New York against Leo Friedman. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE v. PETROELLI. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Proceeding by the people of the state of New York against Joseph Petroelli. No opinion. Appeal dismissed. Order filed.

PEOPLE v. SELLIS. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Proceeding by the people of the state of New York against Samuel Sellis. No opinion. Appeal dismissed. Order filed.

PEOPLE, Appellant, v. WORDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Proceeding by the people of the state of New York against Elliott O. Worden. No opinion. Judgment and order affirmed, with costs.

PEOPLE, ex rel. F. V. SMITH CONTRACTING CO., Appellant, v. METZ, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Proceeding by the people of the state of New York, on the relation of the F. V. Smith Contracting Company, against Herman A. Metz, as comptroller. C. J. Hardy, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. INMAN, Appellant, v. O'DONNEL et al., Respondents. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Proceeding by the people of the state of New York, on the relation of John H. Inman, against Frank A. O'Donnel and others. T. McIlvaine, for appellant. C. A. Peters, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. LALLY et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Proceeding by the people of the state of New York, on the relation of Lavina Lally, Catharine M. Lally, and Emily L. Lally, against the New York Central & Hudson River Railroad Company. No opinion. Orders affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Respondent, v. BOARD OF RAILROAD COM'RS OF STATE OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Proceeding by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company against the Board of Railroad Commissioners of the state of New York, George W. Dunn and others, being the members thereof, the Buffalo, Niagara Falls & Rochester Railway Company, and John A. Barhite, as receiver of the Buffalo, Niagara Falls & Rochester Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. RANDOLPH v. CLARKE, Justice of the Peace. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Proceeding by the people of the state of New York, on the relation of Lewis V. F. Randolph, against John Proctor Clarke, justice of the peace. No opinion. Application denied as matter of law. Settle order on notice.

PEOPLE ex rel. RIZZO, Appellant, v. NEW YORK CATHOLIC PROTECTORY, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Proceeding by the people of the state of New York, on the relation of Luciano Rizzo, against the New York Catholic Protectory. M. Wolff, for appellant. J. T. Ryan, for respondent. No opinion. Order affirmed, without costs. Order filed.

PEOPLE ex rel. TICONDEROGA UNION TERMINAL R. CO. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Proceedings by the people of the state of New York, on the relation of the Ticonderoga Union Terminal Railroad Company, against the Board of Railroad Commissioners and others. No opinion. Writ of certiorari dismissed, without costs, upon the authority of People ex rel. Depew R. Co. v. Commissioners, 4 App. Div. 259, 38 N. Y. Supp. 528, 861.

PERRY v. LEVENSON. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Charles J. Perry against Michael Levenson. No opinion. Motion granted, with $10 costs. Order filed.